# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JEANINE L. JACKSON,

        Plaintiff,               Case No. 05-C-142

      v.

NEW ARCADE LLC, NORTHWESTERN
MUTUAL, FASION ASSOCIATES and
POLACHECK PROPERTY MANAGEMENT,

        Defendants.

## DECISION AND ORDER

The Defendants have moved to dismiss this case for lack of jurisdiction and for failure to state a claim upon which relief can be granted. See Federal Rule of Civil Procedure 12(b)(1) & (b)(6). The Plaintiff's *pro se* Complaint does not literally comply with Federal Rule of Civil Procedure 8. Nevertheless, a court must give the allegations a liberal reading. See Anderson v. Hardiman, 241 F.3d 544, 545 (7th Cir. 2001). Because the facts alleged could give rise to a federal civil rights claim, the court will not dismiss at this stage and will await the summary judgment stage to assess the merits of the claims.

## ORDER

For the reasons explained above, the court ORDERS that the "Defendants' Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(B)(1) and 12 (B)(6)" (filed March 15, 2005) IS DENIED.

IT IS FURTHER ORDERED that "Defendant Faison & Associates, LLC's Motion to Join in Defendants New Arcade, LLC, Northwestern Mutual, and Polacheck Property Management's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6)" (filed March 23, 2005) IS DENIED.

IT IS FURTHER ORDERED that the Plaintiff's motion to amend her complaint (filed April 4, 2005) IS DENIED.

IT IS FURTHER ORDERED that the Defendants shall serve and file answers to the Complaint within eleven days of the date of this Order.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 18th day of April, 2005.

s/ Thomas J. Curran
Thomas J. Curran
United States District Judge