# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JEANINE L. JACKSON,

        Plaintiff,         Case No. 05-C-142

        v.

NEW ARCADE LLC, NORTHWESTERN
MUTUAL, FASION ASSOCIATES and
POLACHECK PROPERTY MANAGEMENT,

        Defendants.

## ORDER AND OPINION

The court ORDERS that the Plaintiff's letter request to deny the Defendants' motion to dismiss or to grant permission to amend her Complaint (filed April 18, 2005) IS DENIED. The court has already resolved those issues in its order of April 18, 2005.

IT IS FURTHER ORDERED that the Plaintiff's letter motion to enforce her subpoenas (filed April 18, 2005) IS DENIED. The Plaintiff must follow the Federal Rules of Civil Procedure in conducting discovery.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 21st day of April, 2005.

        s/ Thomas J. Curran
        Thomas J. Curran
        United States District Judge