# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JEANINE L. JACKSON,

        Plaintiff,                    Case No. 05-C-142

        v.

NEW ARCADE LLC, NORTHWESTERN
MUTUAL, FASION ASSOCIATES and
POLACHECK PROPERTY MANAGEMENT,

        Defendants.

## OPINION AND ORDER

Having examined the submissions of the parties, the court ORDERS that "Defendants New Arcade, L.L.C., Northwestern Mutual, and Polacheck Property Management's Rule 7.4 Expedited NonDispositive Motion" (filed April 18, 2005) IS GRANTED. The Plaintiff has stated that, in serving her subpoenas, she is "not conducting discovery, but an informal investigation." The plaintiff must comply with the Federal Rules of Civil Procedure and limit herself to conducting discovery under those Rules.

Based upon the recent proceedings the court urges the Plaintiff to retain counsel. The court has serious reservations about allowing the Plaintiff to proceed pro se. The Plaintiff may not cite legal opinions by persons who are unnamed and have not appeared in this case representing the Plaintiff.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 26th day of April, 2005.

                        s/Thomas J. Curran
                        Thomas J. Curran
                        United States District Judge