# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JEANINE L. JACKSON,

       Plaintiff,            Case No. 05-C-142

    v.

NEW ARCADE LLC, NORTHWESTERN
MUTUAL, FASION ASSOCIATES and
POLACHECK PROPERTY MANAGEMENT,

       Defendants.

## ORDER AND OPINION

The court ORDERS that the Plaintiff's motion "for an order making the defendants . . . comply with Federal Rule of Civil Procedure 34" (filed May 13, 2005) IS DENIED without prejudice. The Plaintiff has not complied with the procedure set forth in Federal Rule of Civil Procedure 34(b).

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 16th day of May, 2005.

                                  s/ Thomas J. Curran
                                  Thomas J. Curran
                                  United States District Judge