# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JEANINE L. JACKSON,

        Plaintiff,         Case No. 05-C-142

    v.

NEW ARCADE LLC, NORTHWESTERN
MUTUAL, FASION ASSOCIATES and
POLACHECK PROPERTY MANAGEMENT,

        Defendants.

## OPINION AND ORDER

The court ORDERS that the Plaintiff's letter request for use of the court's chambers and the appointment of a court reporter to conduct the Plaintiff's depositions (received May 19, 2005) IS DENIED. The court has no authority to grant the requests made.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 19th day of May, 2005.

                                  s/ Thomas J. Curran
                                  Thomas J. Curran
                                  United States District Judge