# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JEANINE L. JACKSON,

               Plaintiff,         Case No. 05-C-142

      v.

NEW ARCADE LLC,
NORTHWESTERN MUTUAL,
FASION ASSOCIATES and
POLACHECK PROPERTY MANAGEMENT,

               Defendants.

## OPINION AND ORDER

Plaintiff Jeanine L. Jackson is suing Defendants New Arcade LLC, Northwestern Mutual, Fasion Associates and Polacheck Property Management for discriminating against her on the basis of race in administering and enforcing a contract to rent space in a shopping mall. Jackson, whose retail operation lost its lease, has requested the records of other mall tenants who were evicted at the same time. The Defendants have moved for a protective order. See Federal Rule of Civil Procedure 26(c).

Having reviewed the parties' briefs and other materials, the court concludes that Jackson has failed to establish that the discovery sought is relevant to her claim. Therefore, the Defendants will be granted a protective order.

Accordingly, the court ORDERS that "Defendants New Arcade, L.L.C., Northwestern Mutual, Polacheck Property Management Corp. Rule 7.4 Expedited Nondispositive Motion" (filed June 3, 2005) IS GRANTED.

IT IS FURTHER ORDERED that the Plaintiff's motion to compel (filed July 6, 2005) IS DENIED without prejudice. The Defendants have suggested that this issue can be revisited following the deposition of the Plaintiff.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 7th day of July, 2005.

s/ Thomas J. Curran
Thomas J. Curran
United States District Judge

2