# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JEANINE L. JACKSON,

        Plaintiff,        Case No. 05-C-142

    v.

NEW ARCADE LLC,
NORTHWESTERN MUTUAL,
FASION ASSOCIATES and
POLACHECK PROPERTY MANAGEMENT,

        Defendants.

## OPINION AND ORDER

The Plaintiff has moved for reconsideration of her request to file revised proposed findings. The court initially denied her request because she had not provided citations. See Opinion and Order of December 4, 2005.

On the same day the court's Order was issued the Defendants submitted a statement that they did not oppose the filing. Therefore, the court ORDERS that the Plaintiff's motion for reconsideration (filed December 12, 2005) IS GRANTED. The revised proposed findings of fact are deemed filed.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 13th day of December, 2005.

        s/ Thomas J. Curran
        Thomas J. Curran
        United States District Judge